The People of the State of New York, Respondent, v. Chandler Shaw, Appellant.— Motion to dismiss appeal granted.  Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

The People of the State of New York, Respondent, v. Arthur Velez, Appellant.— Motion to dismiss appeal granted.  Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

The People of the State of New York, Respondent, v. Herbert Watkins, Appellant.— Motion to dismiss appeal granted.  Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of the Arbitration between Max Brunell and Borden Company et al.— Motion to dismiss appeal granted, with $10 costs.  Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

Harry S. Dube, Respondent, v. Cromwell Drug Co., Inc., Appellant, et al., Defendant.— Appeal from order of March 29, 1954, unanimously dismissed. An order denying a motion for leave to reargue is not appealable.  Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.  [See 284 App. Div. 1041.]

(January 18, 1955.)

In the Matter of Maple Grove Cemetery Association, Appellant, against Thomas J. Curran et al., Constituting the Cemetery Board of the State of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion.  Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.  [See post, p. 929.]

In the Matter of Joseph Lee et al., Appellants, against Joseph D. McGoldrick, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent McGoldrick. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

H. B. Management Corp., Appellant, v. Arthur Hennech et al., Doing Business as A & J Trading Co., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. The date for examination to proceed to be fixed in the order. No opinion. Settle order.  Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.